No. 76–1701. TENNESSEE VALLEY AUTHORITY *v.* HILL ET AL. C. A. 6th Cir. [Certiorari granted, 434 U. S. 954.] Motions of Southeastern Legal Foundation and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. Motion of respondents for additional time for oral argument or, in the alternative, for divided argument denied.

No. 77–178. ROBERTSON *v.* WEGMANN, EXECUTOR, ET AL. C. A. 5th Cir. [Certiorari granted, 434 U. S. 983.] Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted.

No. 77–240. ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. *v.* BARRY ET AL. C. A. 1st Cir. [Certiorari granted, 434 U. S. 919.] Motion of Lakeside Hospital, Inc., for leave to file a brief as *amicus curiae* granted.

No. 77–285. CALIFORNIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 434 U. S. 984.] Motion of Charles J. Meyers for leave to file a brief as *amicus curiae* granted.

No. 77–324. HICKLIN ET AL. *v.* ORBECK, COMMISSIONER, DEPARTMENT OF LABOR OF ALASKA, ET AL. Appeal from Sup. Ct. Alaska. [Probable jurisdiction noted, 434 U. S. 919.] Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted.

No. 77–369. FURNCO CONSTRUCTION CORP. *v.* WATERS ET AL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 996.] Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.

No. 77–6017. MONTEER *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus and/or prohibition denied.